FILED
**United States Court of Appeals**
**Tenth Circuit**

**July 31, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

MARY ANNE SAUSE,

      Plaintiff - Appellant,

v.

TIMOTHY J. BAUER, Chief of Police;
JASON LINDSEY, Police Officer of
Louisburg, Kansas; BRENT BALL, Police
Officer of Louisburg, Kansas; RON
ANDERSON, Former Chief of Police of
Louisburg, Kansas; LEE STEVENS,
Former Louisburg, Kansas Police Officer;
MARTY SOUTHARD, Mayor of City of
Louisburg, Kansas; TRAVIS
THOMPSON, Former Mayor of City of
Louisburg, Kansas,

      Defendants - Appellees.

No. 16-3231
(D.C. No. 2:15-CV-09633-JAR-TJJ)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **TYMKOVICH**, Chief Judge, **LUCERO** and **MORITZ**, Circuit Judges.
_____

In light of the Supreme Court's decision in *Sause v. Bauer*, No. 17-742, 2018 WL

3148262 (U.S. June 28, 2018), we remand to the district court with instructions to

(1) vacate its order dismissing Sause's complaint and (2) conduct further proceedings

---

    [*] This order and judgment isn't binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. But it may be cited for its persuasive value. *See* Fed. R. App. P. 32.1; 10th Cir. R. 32.1.

consistent with the Supreme Court's decision. The Clerk is directed to issue the mandate forthwith.

Entered for the Court


Nancy L. Moritz
Circuit Judge